Hillary Arrow Booth (SBN125936)
hbooth@boothllp.com
Ludmilla Hovsepian (SBN 356348)
lhovsepian@boothllp.com
BOOTH LLP
11835 W. Olympic Boulevard, Suite 600E
Los Angeles, CA 90064
Telephone: (310) 641-1800
Facsimile: (310) 641-1818

Attorneys for Defendant, PROACTIVE LOGISTICS, LLC

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOFREY DANILO HERRERA IBARRA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROACTIVE LOGISTICS LLC, a California limited liability company; CONCEPCION DE LA TORRE, a natural person; ONTRAC LOGISTICS, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:25-cv-07002-RFL<br>*Assigned to the Hon. Rita F. Lin*<br><br>**DEFENDANT PROACTIVE LOGISTICS, LLC'S ANSWER TO COMPLAINT** |

Answering Defendant, PROACTIVE LOGISTICS, LLC and CONCEPTION DE LA TORRE (together "Answering Defendants"), by and through their attorney of record, hereby answer the Complaint of Plaintiff, JOFREY DANILO HERRERA IBARRA as follows:

///

///

## INTRODUCTION

1. Answering Defendants state that this paragraph is a summary of the later paragraphs, and therefore needs no response, but if it is deemed to require a response, the allegations are denied.

## JURISDICTION AND VENUE

2. Answering Defendants state that paragraph 2 is no longer applicable as the case has been removed to the United States District Court.

3. Answering Defendants state that paragraph 3 is no longer applicable as the case has been removed to the United States District Court.

4. Answering Defendants state that paragraph 4 no longer applicable as the case has been removed to the United States District Court.

## THE PARTIES

5. Answering Defendants incorporate their responses to the preceding paragraphs.

6. Answering Defendants deny the allegations in paragraph 6.

7. Answering Defendants admit the allegations in paragraph 7

8. Answering Defendants admit the allegations in paragraph 8.

9. Answering Defendants admit the allegations in paragraph 9.

10. Answering Defendants deny the allegations in paragraph 10.

11. Answering Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11, which is not directed towards Answering Defendants.

12. Answering Defendants deny the allegations in paragraph 12.

13. The allegations in paragraph 13 are not directed towards Answering Defendants, and therefore they do not respond.

14. The allegations in paragraph 14 are not directed towards Answering Defendants, and therefore they do not respond.

15. Answering Defendants deny the allegations in paragraph 15.

16. Answering Defendants deny the allegations in paragraph 16.

17. Answering Defendants deny the allegations in paragraph 17.

18. Answering Defendants deny the allegations in paragraph 18.

## FACTUAL ALLEGATIONS

19. Answering Defendants admit that Defendant ProActive Logistics LLC provides last-mile delivery services and deny the remainder of paragraph 19.

20. Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 not specifically directed at Answering Defendants and deny the remaining allegations.

21. Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 not specifically directed at Answering Defendants and deny the remaining allegations.

22. Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22 not specifically directed at Answering Defendants and deny the remaining allegations.

23. Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23 not specifically directed at Answering Defendants and deny the remaining allegations.

24. Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24 not specifically directed at Answering Defendants and deny the remaining allegations.

25. Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25 not specifically directed at Answering Defendants and deny the remaining allegations.

## CLASS ACTION ALLEGATIONS

26. Answering Defendants incorporate their responses to the preceding paragraphs.

27. Answering Defendants state that this paragraph needs no response.

28. Answering Defendants state that this paragraph needs no response.

29. Answering Defendants deny the allegations in paragraph 29.

30. Answering Defendants deny that common questions of law and fact predominate and state that the remaining portions of paragraph 30 need no response.

31. Answering Defendants deny the allegations in paragraph 31.

32. Answering Defendants deny the allegations in paragraph 32.

33. Answering Defendants deny the allegations in paragraph 33.

**FIRST CAUSE OF ACTION**

34. Answering Defendants incorporate their responses to the preceding paragraphs.

35. Answering Defendants state that this paragraph needs no response as it contains only legal contentions.

36. Answering Defendants state that this paragraph needs no response as it contains only legal contentions.

37. Answering Defendants deny the allegations in paragraph 37.

38. Answering Defendants state that this paragraph needs no response as it contains only legal contentions.

39. Answering Defendants state that this paragraph needs no response as it contains only legal contentions.

40. Answering Defendants state that this paragraph needs no response as it contains only legal contentions

41. Answering Defendants state that this paragraph needs no response as it contains only legal contentions.

42. Answering Defendants state that this paragraph needs no response as it contains only legal contentions.

///

43. Answering Defendants state that this paragraph needs no response as it contains only legal contentions.

44. Answering Defendants state that this paragraph needs no response as it contains only legal contentions.

45. Answering Defendants state that this paragraph needs no response as it contains only legal contentions.

46. Answering Defendants deny the allegations in paragraph 46.

47. Answering Defendants deny the allegations in paragraph 47.

48. Answering Defendants state that this paragraph needs no response.

49. Answering Defendants state that this paragraph needs no response.

## SECOND CAUSE OF ACTION

50. Answering Defendants incorporate their responses to the preceding paragraphs.

51. Answering Defendants deny the allegations in paragraph 51.

52. Answering Defendants deny the allegations in paragraph 52.

53. Answering Defendants deny the allegations in paragraph 54.

54. Answering Defendants deny the allegations in paragraph 54.

55. Answering Defendants state that this paragraph needs no response.

## THRID CAUSE OF ACTION

56. Answering Defendants incorporate their responses to the preceding paragraphs.

57. Answering Defendants state that this paragraph needs no response.

58. Answering Defendants state that this paragraph needs no response.

## FOURTH CAUSE OF ACTION

59. Answering Defendants incorporate their responses to the preceding paragraphs.

60. Answering Defendants state that this paragraph needs no response.

///

**FIFTH CAUSE OF ACTION**

61. Answering Defendants incorporate their responses to the preceding paragraphs.

62. Answering Defendants state that this paragraph needs no response.

**SIXTH CAUSE OF ACTION**

63. Answering Defendants incorporate their responses to the preceding paragraphs.

64. Answering Defendants state that this paragraph needs no response as it contains only legal contentions.

65. Answering Defendants state that this paragraph needs no response as it contains only legal contentions.

66. Answering Defendants state that this paragraph needs no response as it contains only legal contentions.

67. Answering Defendants state that this paragraph needs no response as it contains only legal contentions.

68. Answering Defendants deny the allegations in paragraph 68.

69. Answering Defendants deny the allegations in paragraph 69.

70. Answering Defendants deny the allegations in paragraph 70.

71. Answering Defendants state that this paragraph needs no response.

**SEVENTH CAUSE OF ACTION**

72. Answering Defendants incorporate their responses to the preceding paragraphs.

73. Answering Defendants state that this paragraph needs no response as it contains only legal contentions.

74. Answering Defendants deny the allegations in paragraph 74.

75. Answering Defendants deny the allegations in paragraph 75.

76. Answering Defendants deny the allegations in paragraph 76.

77. Answering Defendants state that this paragraph needs no response.

## PRAYER FOR RELIEF

Answering Defendants deny that Plaintiff is entitled to the relief he seeks, or any relief, under the causes of action alleged.

## AFFIRMATIVE DEFENSES

Without admitting the truth or accuracy of any of the allegations set forth in the Plaintiff's Complaint, and without assuming the burden of proof on any matters where that burden rests on Plaintiff, Answering Defendants allege the following affirmative defenses to the claims for relief alleged in the Complaint.

### FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

The Complaint, and all the causes of action therein, fails to state a claim upon which relief can be granted against Answering Defendants.

### SECOND AFFIRMATIVE DEFENSE

**(Failure to Mitigate)**

The Complaint, and all the causes of action therein, is barred because Plaintiff failed to take reasonable steps to mitigate any damages.

### THIRD AFFIRMATIVE DEFENSE

**(Unclean Hands)**

The claims set forth in the Complaint, in whole or in part, are barred by the doctrine of unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

**(Failure to Exhaust Administrative Remedies)**

Plaintiff's Complaint and any purported causes of action alleged therein is barred by Plaintiff's failure to exhaust administrative remedies available under state and federal laws.

///

///

///

**<u>FIFTH AFFIRMATIVE DEFENSE</u>**

**(Frivolous Claims)**

Plaintiff's claims against Answering Defendants are asserted in bad faith, and are frivolous, unreasonable and without foundation. Answering Defendants are therefore entitled to an award of costs and expenses of litigation, including reasonably attorney's fees.

**<u>SIXTH AFFIRMATIVE DEFENSE</u>**

**(Failure to Mitigate Damages)**

Answering Defendant alleges Plaintiff failed to take reasonable steps to reduce or minimize the damages experienced. Any recovery on Plaintiff's Complaint, or any purported cause of action alleged therein, is barred, in whole or in part, by Plaintiff's failure to mitigate his damages. Consequently, any damages suffered by Plaintiff must be rendered in an amount by which Plaintiff could have mitigated those damages, if any.

**<u>SEVENTH AFFIRMATIVE DEFENSE</u>**

**(Defendants Acted in Good Faith)**

At all relevant times herein, Answering Defendants allege that they acted in good faith at all times.

**<u>EIGHTH AFFIRMATIVE DEFENSE</u>**

**(Compliance with Laws, Codes, Regulations, and Industry Standards)**

At all times relevant to the allegations in the Complaint, any act or omission by Answering Defendants were in conformance with all applicable laws, codes, regulations, and industry standards and practices, and based upon the state of knowledge existing at the time such actions were taken.

**<u>NINTH AFFIRMATIVE DEFENSE</u>**

**(Intentional/Willful/Wrongful/Unlawful Acts or Omissions of Others)**

The intentional, willful, wrongful and/or unlawful acts or omissions of third parties other than Answering Defendants were and are the sole and proximate

cause of the injuries, losses, and/or damages, if any, as alleged by Plaintiff in the Complaint.

**TENTH AFFIRMATIVE DEFENSE**

**(No Proper Class Action)**

Answering Defendants alleges that Plaintiff has failed to properly set forth a viable class, Plaintiff is not a proper class representative, that the allegations alleged are not appropriate for class certification, and the putative classes do not meet the requirements for class certification.

DATED: September 22, 2025 BOOTH LLP

By: *__/s/ Hillary Arrow Booth__*
Hillary Arrow Booth
Ludmilla Hovsepian
Attorney for Defendant, PROACTIVE LOGISTICS, LLC